JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARL COBB, | ) Case No. CV 07-0722-JFW(RC) |
| Petitioner | ) |
| vs. | ) JUDGMENT |
| ROBERT HOREL, Warden, et al., | ) |
| Respondents. | ) |

   Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

   IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

   DATE: November 26, 2008

/s/ John F. Walter
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

R&R\07-0722.jud
10/10/08